MILLER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by Emily J. Miller, as administratrix, against the City of New York. H. Crone, of New York City, for appellant. M. S. Lynch, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and CLARKE, J., dissent.

———

MILLER v. GREENWICH SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Josephine W. Miller against the Greenwich Savings Bank and John R. McNespic, as administrator, etc. No opinion. Order affirmed, with $10 costs and disbursements.

———

MILLER v. SEAMEN'S BANK FOR SAVINGS et al. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Josephine W. Miller against the Seamen's Bank for Savings. John R. McNespic, as administrator, etc., for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

———

MINGAY v. PLACE et al. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Annie C. Mingay against Walter A. Place, individually, etc., and others. J. J. Fitzgerald, for appellant. J. G. Roe, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

———

MININSOHN et al., Appellants, v. REGAL HOMES CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Application for a discharge of a mechanic's lien, etc., by Leo Mininsohn and another against the Regal Homes Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 139 N. Y. Supp. 1134.

———

In re MOHAWK OVERALL CO., et al. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) In the matter of the application of the Mohawk Overall Company and James F. Hooker to have vacated and set aside a subpœna issued in an action entitled "State of Vermont. In Chancery, Windham County. Hooker, Corser & Mitchell Co., Orator, v. James F. Hooker, W. H. Corser, and C. D. Whitaker, Defendants," directing the appearance before a commissioner of James F. Hooker and others, individually and as officers of the Mohawk Overall Company, and production of books of the Mohawk Overall Company. No opinion. Order affirmed, with $10 costs and disbursements.

———

MORRISON, Appellant, v. CHAPMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by John Morrison against Elverton R. Chapman and others. C. E. Rushmore, of New York City, for appellant. J. M. Gifford, of New York City, for respondents. No opinion. Appeal dismissed, without costs. Order filed. See also, 130 App. Div. 900, 115 N. Y. Supp. 1133; 63 Misc. Rep. 195, 116 N. Y. Supp. 522.

———

MURPHY, Respondent, v. ANGUS SINCLAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Charles F. Murphy against the Angus Sinclair Company. No opinion. Order affirmed, with $10 costs and disbursements.

———

MURPHY, Appellant, v. JOHN HOFMAN CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) (No. 2) Action by William E. Murphy against the John Hofman Company. No opinion. Reargument ordered; the judges qualified to vote being evenly divided. See, also, 151 App. Div. 353, 135 N. Y. Supp. 416.

———

MURPHY, Appellant, v. PRESTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Daniel F. Murphy against Eugene S. Preston and another.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on the ground that under the proofs in this case the question of plaintiff's freedom from contributory negligence was one of fact for the jury.

BURR, J., dissents.

———

MURRAY, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Fred O. Murray against Emma Murray. No opinion. Judgment affirmed, with costs.

———

MURRAY & HILL CO., Respondent, v. BOREAS REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by the Murray & Hill Company against the Boreas Realty Company and others. J. V. Mitchell, of New York City, for appellants. F. M. Avery, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 151 App. Div. 935, 135 N. Y. Supp. 1128.

———

NASON MFG. CO., Appellant, v. ADAMS, Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by the Nason Manufacturing Company against Lorenzo C. Adams. No opinion. Judgment affirmed, with costs.

———

NEALE et al., Respondents, v. BURNS, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action

by Herbert H. Neale and another against David E. Burns. No opinion. Judgment affirmed, with costs. See, also, 152 App. Div. 931, 137 N. Y. Supp. 1131.

NELSON, Respondent, v. A. H. WOODS PRODUCTIONS CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Katherine Nelson against the A. H. Woods Productions Company. N. Burkan, of New York City, for appellant. M. D. Josephson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEW ENGLAND THEATERS CO. v. WORKINGMEN'S PUB. ASS'N. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by the New England Theaters Company against the Workingmen's Publishing Association. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1135.

In re NEW YORK, O. & W. RY. CO. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) In the matter of the application of the New York, Ontario & Western Railway Company for a writ of certiorari to Dwight O. Whedon and others, as Assessors of the Village of Centerville Station, Sullivan County, N. Y., and Victor S. Kogan, as Village Clerk of Centerville Station, Sullivan County, N. Y. No opinion. Reargument ordered on account of absence of a quorum for a decision. See, also, 140 N. Y. Supp. 678.

NICHOLOY v. VILLAGE OF NEWARK. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) In the matter of the claim of J. Herbert Nicholoy against the Village of Newark for damages for an alleged change of grade of East Union street in said village. No opinion. Interlocutory judgment affirmed, with costs. See, also, 130 N. Y. Supp. 1033.

NICHOLS, Respondent, v. MAIL & EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Mary E. Nichols against the Mail & Express Company. C. F. Bishop, of New York City, for appellant. T. A. McCole, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

NICOLOFF, Respondent, v. SCOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by Michael Nicoloff against Robert G. Scott and others. No opinion. Judgment and order affirmed, with costs.

In re NIEBUHR. (Supreme Court, Appellate Division, First Department. February 28, 1913.) In the matter of Henry P. Niebuhr. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NORTHERN BANK OF NEW YORK, Respondent, v. NEUBERGER, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by the Northern Bank of New York against Louis C. Neuberger. D. M. Neuberger, of New York City, for appellant. G. W. Morgan, of New York City, for respondent. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment by deducting from the recovery the sum of $60, with interest from the date of the maturity of the note, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

NORWEGIAN LUTHERAN TRINITY CHURCH OF BROOKLYN AND VICINITY, v. KRELSOVITCH, et al. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by the Norwegian Lutheran Trinity Church of Brooklyn and vicinity against Meyer Krelsovitch and another. No opinion. Judgment affirmed, with costs. See, also, 149 App. Div. 961, 134 N. Y. Supp. 1140.

NUDELMAN v. BORDEN'S MILK CO. (two cases). (Supreme Court, Appellate Division, First Department. February 28, 1913.) Actions by Jacob Nudelman and by Hyman Nudelman against Borden's Milk Company. No opinion. Motion granted. Order filed. See, also, 77 Misc. Rep. 103, 136 N. Y. Supp. 49; 140 N. Y. Supp. 1133.

NUDELMAN v. BORDEN CONDENSED MILK CO. (two cases). (Supreme Court, Appellate Division, First Department. March 14, 1913.) Actions by Jacob Nudelman and by Hyman Nudelman against the Borden Condensed Milk Company. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 140 N. Y. Supp. 1133.

NUDELMAN v. BORDEN'S CONDENSED MILK CO. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Hyman Nudelman against Borden's Condensed Milk Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 N. Y. Supp. 1133.

NUDELMAN v. BORDEN'S CONDENSED MILK CO. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Jacob Nudelman, an infant, etc., against Borden's Condensed Milk Company. No opinion. Application denied, with $10 costs. Order